**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

**MARK PIVTORAK**,

Plaintiff,

v.

**LUJAIN ALHENDI**,

Defendant.

Case No.: 2:25-cv-02434-TLF

**COMPLAINT FOR COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)**

**AND FALSE DMCA COUNTER-NOTIFICATION (17 U.S.C. § 512(f))**

Plaintiff alleges:

**PARTIES**

1. Plaintiff **Mark Pivtorak** is an individual residing in Los Angeles, California, and is the exclusive copyright owner of the audiovisual work at issue ("the Work").

2. Defendant **Lujain Alhendi** is an individual who submitted a DMCA counter-notification claiming ownership of the Work. Defendant provided the following information:

   - Name: **Lujain Alhendi**
   - Mailing Address: **Advocaat Botsplein 25**
   - Telephone: **+31 681 886 857**
   - Email: **slat4040@gmail.com**

3. In her counter-notification, Defendant used Plaintiff's name and contact information—including:

   - **911 Wilshire Boulevard, Suite 735, Los Angeles, CA 90017**
   - **Phone: +1 (323) 992-1112**
   - **Email: pivtorak@pivtoraklaw.com**

- - Listed "Mark Pivtorak" as **the copyright owner**, despite this being false.

**JURISDICTION AND VENUE**

4. This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1338.

5. Venue is proper because Defendant consented to jurisdiction in any U.S. federal district court by submitting a DMCA counter-notification pursuant to 17 U.S.C. § 512(g)(3)(D).

**FACTS**

6. Plaintiff created and owns exclusive copyright to the Work.

7. Defendant uploaded and publicly displayed the Work on Instagram without permission.

8. Plaintiff filed a valid DMCA takedown request.

9. Meta removed the infringing content.

10. Defendant then filed a DMCA counter-notification falsely claiming:

"I own this video and hold the copyright to it. It features my voice and image; I'm telling a joke to my husband about polygamy. Someone is trying to steal my content and claim it as their own."

11. Defendant used Plaintiff's personal information—including name, phone, address, and email—in a fraudulent manner.

12. Defendant's misrepresentations constitute violations of 17 U.S.C. § 512(f).

13. Meta informed Plaintiff that unless he filed a federal lawsuit within 10 business days, the infringing content may be restored.

**CLAIMS**

**COUNT I – COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)**

14. Defendant willfully infringed Plaintiff's exclusive copyright rights.

**COUNT II – FALSE DMCA COUNTER-NOTIFICATION (17 U.S.C. § 512(f))**

    15. Defendant knowingly made materially false statements.

    16. Plaintiff suffered damages, including interference with copyright enforcement.

**PRAYER FOR RELIEF**

Plaintiff requests:

A. A declaration that Defendant infringed Plaintiff's copyright;
B. An injunction preventing further distribution of the Work;
C. Statutory damages under 17 U.S.C. § 504;
D. Damages under 17 U.S.C. § 512(f);
E. Costs and attorneys' fees;
F. Any relief deemed appropriate.

**JURY DEMAND**

Plaintiff demands a jury trial.

Dated: 12/02/2025
**s/ Mark Pivtorak**
Plaintiff, Pro Se
Email: pivtorak@pivtoraklaw.com
Phone: +1 (323) 992-1112
Address: 911 Wilshire Blvd., Suite 735, Los Angeles, CA 90017